Swain, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAVIER MONGE,

                    Plaintiff,     :      16-cv-4952 (LTS)

    -against-               :

ALLEN FEE OWNER, L.L.C., ALLEN       STIPULATION AND ORDER
OPERATING COMPANY, L.L.C.,          OF DISMISSAL WITH PREJUDICE
ORCHARD STREET RESTAURANT,
L.L.C., and COSMIC DEBRIS, L.L.C.,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that pursuant to Fed. R. Civ. P. 41, the action and all claims asserted or which could have been asserted therein against Defendants is dismissed with prejudice in its entirety and without further costs to any party as against the other.

~~The Southern District shall retain jurisdiction to enforce the settlement between these parties.~~

Date: August 11, 2016

Jennifer E. Tucek, PC                      Kane Kessler, PC
Attorney for Plaintiff                        Attorneys for Defendant
                                                    Cosmic Debris, LLC

By: _____          By: _____
    Jennifer E. Tucek                                  S. Reid Kahn
    201 East 87th Street, Suite 9L            666 Third Avenue
    New York, New York 10128               New York, New York 10017
    (917) 669-6991                                  (212) 519-5129

Sheppard Mullin Richter & Hampton, LLP
Attorneys for Defendants
Allen Operating Co. and Orchard Street Restaurant LLC

By _____
    Daniel Brown
    30 Rockefeller Plaza
    New York, New York 10112
    (212) 653-8700

SO ORDERED

_____    11/1/16

Hon. Laura Taylor Swain    Date:
United States District Judge    tm.